(86 South. 165)

HALL v. STATE.    (8 Div. 685.)

(Court of Appeals of Alabama.    April 13, 1920.)

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

Erwin Hall was convicted of violating the prohibition law, and he appeals. Reversed and remanded.

R. E. Smith, of Huntsville, for appellant.
J. Q. Smith, Atty. Gen., for the State.

MERRITT, J. The question decisive of this appeal is identical with the insistence of error presented and decided in the case of Will Broglan v. State (decided April 6, 1920) 86 South. 164.[1] Under authority of that case, the judgment in the case at bar is reversed, and the cause remanded.

Reversed and remanded.

---

(86 South. 165)

WHITE v. STATE.    (8 Div. 687.)

(Court of Appeals of Alabama.    May 18, 1920.)

Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge.

George White was convicted for a violation of the prohibition law, and appeals. Reversed and remanded.

R. E. Smith, of Huntsville, for appellant.
J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The judgment in this case is reversed on authority of the following cases: Denham v. State, 86 South. 163;[2] Broglan v. State, 86 South. 164;[1] Echols v. State, 16 Ala. App. 138, 75 South. 814; Maxwell v. State, 16 Ala. App. 508, 79 South. 269; Moore v. State, 165 Ala. 107, 51 South. 357.

Reversed and remanded.

---

[1] Ante, p. 402.

[1] Ante, p. 403.    [2] Ante, p. 402.